eFILED

2011 JUL 15 AM 10: 57

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

THELMA SWOR,

    Plaintiff,

v.

    CASE NO. 5:11-CV-405-OC-34TEM

ENHANCED RECOVERY CORPORATION,

    Defendant.

_____/

## PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, THELMA SWOR ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, ENHANCED RECOVERY CORPORATION ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy.

3. Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Citra, Marion County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a company with a business office located in Tallahassee, Leon County, Florida.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt originally owed to Dish TV for an account Plaintiff co-signed on for her grandson in approximately 2005.

12. In approximately November 2011, Defendant began calling Plaintiff every day, up to six times per day, every day, including weekends and week days.

13. Defendant has also called Plaintiff before 8AM

14. Plaintiff has informed Defendant that her grandson was seriously injured in an accident and on disability, and that Plaintiff is retired and unemployed, but Defendant continues to call demanding payment for approximately $254.00 from Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

15. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

(a) Defendant violated *§1692c(a)(1)* of the FDCPA by calling Plaintiff before 8AM;

(b) Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff; and

(c) Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

15. Statutory damages of $1000.00, pursuant to the FDCPA, 15 U.S.C. 1692k.

16. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k.

17. Any other relief that this court deems to be just and proper.

|  |  |
|---|---|
| Dated: July 11, 2011 | RESPECTFULLY SUBMITTED,<br>By: *Shireen Hormozdi*<br>Shireen Hormozdi<br>Krohn & Moss, Ltd<br>10474 Santa Monica Blvd., Suite 401<br>Los Angeles, CA 90025<br>Phone: (323) 988-2400 x 267<br>Fax: (866) 385-1408<br>shormozdi@consumerlawcenter.com<br>Attorney for Plaintiff<br>FBN: 0882461 |

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, THELMA SWOR hereby demands trial by jury in this action.

866-385-1408

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF FLORIDA)

Plaintiff, THELMA SWOR, says as follows:

1. I am a Plaintiff in this civil proceeding.

2. I have read the above entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, THELMA SWOR, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 6-21-11

THELMA SWOR,
Plaintiff

VERIFIED COMPLAINT                                                                 5